IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>           Plaintiff,                                )<br>                                                               )<br>    vs.                                                  )<br>                                                               )<br>                                                               )<br>ALEX ANGEL QUINTANA,                 )<br>                                                               )<br>           Defendant.                            )<br>_____) | No. 1:23-MJ-00109 EPG<br><br>ORDER AUTHORIZING RETURN<br>OF CASH BAIL |

    While the release order was pending, the government filed a motion for bail review, document [15], to be heard on 9/22/2023.  The motion was granted and defendant, Alex Angel Quintana, was ordered detained.  Bond money deposited with the Court is to be returned as defendant was never released and the release conditions were never operable.

Dated:   **September 26, 2023**          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE